**Biegler Ortiz & Chan**
Robert P. Biegler (CA Bar Assn. No. 88506)
1107 Ninth Street, Suite 1025
Sacramento, CA 95814
Telephone: (916) 444-3971
Facsimile: (916) 444-3975

**OK/HAV**

Attorney for Plaintiff
    Edward Sims Jr.

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SIMS JR., <br><br> Plaintiff, <br><br> v. <br><br> YUBA COMMUNITY COLLEGE DISTRICT, and DOES 1 THROUGH 100 <br><br> Defendants. | Case No. 2:06-CV-01185-DFL-GGH <br><br> **STIPULATION TO CONTINUE HEARING FOR MOTION TO DISMISS AND ORDER THEREON** <br><br> Date:  09/13/06 <br> Time:  10:00 am <br> Dept:  7 |

    Due to Robert P. Biegler's trip to South Dakota for a memorial service, the Motion to Dismiss on August 9, 2006 at 10:00 am, is continued to September 13, 2006 at 10:00 am.

    IT IS SO STIPULATED.

Dated: August 1, 2006

By: /s/
    Robert P. Biegler
Attorney for Plaintiff


By: /s/
    Alesa Schachter
Attorney for Defendants

1
2
3
4    Good cause showing, it is so ordered.
5
6                                           /s/ David F. Levi
                                            David F. Levi
7                                           United States District Judge
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28